|||
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVIAGAMES INC., <br><br> Plaintiffs, <br><br> v. <br><br> GUANGZHOU SNAIL INTERACTIVE TECHNOLOGY CO., LTD; JOYBOX STUDIO LIMITED; PRINSLOO GLOBAL GROUP INC.; and YIMIN SUN, <br><br> Defendants. | Case No. 3:25-cv-08709-JD <br><br> **[PROPOSED] ORDER RE: DEFENDANT JOYBOX'S MOTION TO DISMISS** <br><br> Date: February 5, 2026 <br> Time: 10:00 a.m. <br> Courtroom: 11 <br> Judge: The Honorable James Donato |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

3142/040117-0001
23208186.1 a12/22/25

-1-

Case No. 3:25-cv-08709-JD
[PROPOSED] ORDER RE DEFENDANT
JOYBOX'S MOTION TO DISMISS

1  On December 22, 2025, Defendant Joybox Studio Limited ("Defendant") moved the Court to dismiss the entire complaint of Plaintiff Aviagames Inc. ("Plaintiff") pursuant to Rule 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure.

The Court has considered all the papers filed in connection with this motion, including Opposition and Reply papers, and the arguments of counsel, if any.

GOOD CAUSE appearing, the Court rules as follows:

Defendant's Motion to Dismiss is granted, and the case is hereby dismissed as to Defendant Joybox Studio Limited.

IT IS SO ORDERED.

Dated: _____

_____
Honorable James Donato
United States District Judge

Rutan & Tucker, LLP
attorneys at law

3142/040117-0001
23208186.1 a12/22/25

-1-

Case No. 3:25-cv-08709-JD
[PROPOSED] ORDER RE DEFENDANT
JOYBOX'S MOTION TO DISMISS